No. 805. LENTIN, DOING BUSINESS AS J. LENTIN LUMBER CO. *v.* PORTER, PRICE ADMINISTRATOR. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Henry H. Koven* for petitioner. *Solicitor General McGrath, Walter J. Cummings, Jr., Milton Klein* and *David London* for respondent.

No. 889. ESTATE OF SEWELL *v.* COMMISSIONER OF INTERNAL REVENUE. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Oliver C. Hancock* for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *Hilbert P. Zarky* for respondent.

No. 904. ARROW PACKING CORP. ET AL. *v.* UNITED STATES. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Irving Spieler, Samuel Mezansky* and *Moses Polakoff* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 919. BOARD OF COUNTY COMMISSIONERS ET AL. *v.* UNITED STATES. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *W. E. Utterback* for petitioners. *Solicitor General McGrath, J. Edward Williams, Roger P. Marquis, John C. Harrington* and *Walter J. Cummings, Jr.* for the United States.

No. 922. HARPER *v.* TEXAS. April 22, 1946. Petition for writ of certiorari to the Court of Civil Appeals, of Texas, denied. *David Elmer Hume* for petitioner.